IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:19-CR-151-D-2

UNITED STATES OF AMERICA

v.

ASHANTI WELTON MCLEAN

**ORDER**

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the government's motion and proposed order filed in this matter at Docket Entry 114 be sealed, except that a copy shall be provided to the Office of the United States Attorney and counsel for the defendant.

This the 7 day of December, 2020.

JAMES C. DEVER III
United States District Judge