IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CR-00151-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| ASHANTI WELTON MCLEAN | : |

## **ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on February 25, 2020, the defendant's guilty plea to an offense in violation of 18 U.S.C. § 1952(a)(3) and 2, and all other evidence of record, the following property is hereby forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), to wit:

- A red Dell laptop computer with express service code number 5892129145, and

- A silver Samsung cellular phone with multi-colored protective cover and pink stones;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement and all other evidence of record, the United States is now entitled to possession of said personal property, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure;

It is hereby ORDERED, ADJUDGED and DECREED:

1

1. That based upon the Memorandum of Plea Agreement as to the defendant Ashanti Welton McLean and other evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction. In accordance with Fed. R. Crim. P. 32.2(b)(4), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That in accordance with Supplemental Rule G(4)(i)(A), the Government need neither publish notice nor provide direct notice, as the property is worth less than $1,000 and no other owners or interested parties have been identified.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 25 day of January, 2021.

JAMES C. DEVER III
United States District Judge

2