UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ashanti Welton McLean     Docket No. 7:19-CR-151-2D

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ashanti Welton McLean, who, upon an earlier plea of guilty to Use of the Internet to Promote an Unlawful Business Enterprise, Namely, Prostitution, and Aiding and Abetting, in violation of 18 U.S.C. § 1952(a)(3) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 15, 2021, to the custody of the Bureau of Prisons for a term of 28 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. McLean was released from custody of the Bureau of Prisons on March 10, 2023, at which time the offender began serving a custodial sentence with the North Carolina Department of Corrections. Ashanti Welton McLean was released from custody on January 22, 2026, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In addition to the offense in which the defendant is currently on supervision for, they also have convictions for Human Trafficking of a Minor, Profiting from Prostitution of a Minor, Advancing Prostitution of a Minor, and Conspiracy to Commit Human Trafficking of a Minor. As such, the defendant is required to comply with the requirements of the Sex Offender Registration and Notification Act in connection with both the state and federal cases. The defendant has agreed to undergo a psycho-sexual evaluation for purposes of supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: February 6, 2026

**ORDER OF THE COURT**

Considered and ordered this 6 day of February, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge