UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ashanti Welton McLean**                    **Docket No. 7:19-CR-151-2D**

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ashanti Welton McLean, who, upon an earlier plea of guilty to Use of Internet to Promote an Unlawful Business Enterprise, Namely, Prostitution, and Aiding and Abetting, in violation of 18 U.S.C. § 1952(a)(3) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 15, 2021, to the custody of the Bureau of Prisons for a term of 28 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. McLean was released from custody of the Bureau of Prisons on March 10, 2023, at which time the offender began serving a custodial sentence with the North Carolina Department of Corrections. Ashanti Welton McLean was released from custody on January 22, 2026, at which time the term of supervised release commenced.

On February 6, 2026, the court modified the conditions of supervision to include that the defendant undergo a psycho-sexual evaluation. This evaluation was completed on February 24, 2026, and the results received by the United States Probation Office on April 7, 2026.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As a result of the psycho-sexual evaluation, additional conditions were recommended by the treatment provider that would aid the defendant in being successful on supervision. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall not possess any legal or illegal pornographic material, including any materials depicting and/or describing "child pornography" and/or "simulated" child pornography as defined in 18 U.S.C. § 2256, nor shall the defendant enter any location where such materials can be accessed, obtained, or viewed, including pictures, photographs, books, writings, drawings, videos, or video games.

2. The defendant shall not have any social networking accounts without the approval of the U.S. Probation Officer.

3. At the direction of the U.S. Probation Officer, the defendant shall submit to physiological testing, which may include, but is not limited to, polygraph examinations or other tests to monitor the defendant's compliance with probation or supervised release and treatment conditions.

4. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Officer, and the defendant shall comply with and abide by all the rules, requirements, and conditions of the treatment program until discharged. The defendant shall take medication as prescribed by the treatment provider.

Except as herein modified, the judgment shall remain in full force and effect.

**Ashanti Welton McLean**
**Docket No. 7:19-CR-151-2D**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: April 8, 2026

## ORDER OF THE COURT

Considered and ordered this ___9___ day of ___April___, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge